427 A.2d 1194

Commonwealth v. Whiting, Appellant.

Submitted September 13, 1979.  Arthur J. King, Assistant Public Defender, for appel-

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

lant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.